**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6963**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

         versus

ROY KWACZALA,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Chief District Judge.  (CR-93-142)

———————

Submitted:  October 18, 2001          Decided:  October 26, 2001

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Roy Kwaczala, Appellant Pro Se.  Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy Kwaczala appeals from the district court's order denying his petition for a writ of coram nobis. See 28 U.S.C. § 1651 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Kwaczala, No. CR-93-142 (W.D.N.C. Mar. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2